FILED
7/18/18 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Patricia A. Hines, | : | Case No. 18-22632 |
| | : | |
| Debtor. | : | Chapter  13 |
| | : | |
| Patricia A. Hines, | : | |
| | : | |
| Movant, | : | Document No.:  9 |
| | : | |
| v. | : | |
| | : | Related to Document No.: |
| AAS Debt Recovery, Inc., American InfoSource LP, | : | |
| AR Resources, Comcast, County of Allegheny, | : | |
| Diversified Consultants, Dominion Peoples, | : | |
| Duquesne Light Company, Enterprise Rent-A-Car, | : | |
| GameFly, Inc., GC Services, KML Law Group, PC, | : | |
| Mariner Finance, MarkOne Financial Services, | : | |
| PA Department of Revenue, PennyMac Loan | : | |
| Services, LLC, Peoples Natural Gas Company, | : | |
| Professional Account Management, S. James | : | |
| Wallace, SAF, Sprint, Stuart-Lippman and | : | |
| Associates, U.S. Department of Education, Verizon, | : | |
| Wilkinsburg Borough, | : | |
| | : | **Hearing Date and Time:** |
| | : | July 25, 2018 at 11:30 a.m. |
| Creditors, | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

## ORDER OF COURT

This matter is before the Court on Debtor's Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all respondents until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

Dated: July 18, 2018

_____
United States Bankruptcy Judge

cmb

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patricia A. Hines
    Debtor

Case No. 18-22632-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 2     Date Rcvd: Jul 18, 2018
                       Form ID: pdf900    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.

```
db           +Patricia A. Hines,    2801 Graham Blvd.,    Pittsburgh, PA 15235-1563
14873055     +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14873057     +AR Resources,    1777 Sentry Pkwy. W,    Blue Bell, PA 19422-2206
14873059     +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th floor,
               Pittsburgh, PA 15219-6101
14873061     +Dominion Peoples,    PO Box 26784,    Richmond, VA 23261-6784
14873063     +Enterprise Rent-A-Car,    4489 Campbells Run Road,    Pittsburgh, PA 15205-1311
14873065     +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
14873064     +GameFly, Inc.,    5340 Alla Road,    Suite 110,    Los Angeles, CA 90066-7049
14873066     +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
               Attn: Filippello Salvatore, Esquire,    Philadelphia, PA 19106-1538
14873067     +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14873068     +MarkOne Financial Services,    1448 Babcock Blvd,    Pittsburgh, PA 15209-1631
14873069     +Navient Solutions LLC,    PO Box 16408,    Saint Paul, MN 55116-0408
14873071     +PennyMac Loan Services, LLC,    27001 Agoura Road,    Suite 350,    Calabasas, CA 91301-5112
14873072     +People Natural Gas Company,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14873073     +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14873074     +Professional Account Management,    633 W. Wisconsin Street,    Milwaukee, WI 53203-1920
14873075     +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14873076     +SAF,    2500 Broadway,    PO Box 203101,    Helena, MT 59620-3101
14873078     +Stuart-Lippman and Associates,    5447 E 5TH ST STE 110,    Tucson, AZ 85711-2345
14873079     +US Dept of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
14873081     +Wilkinsburg Borough,    605 Ross Avenue,    Pittsburgh, PA 15221-2195
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +E-mail/Text: kburkley@bernsteinlaw.com Jul 19 2018 02:24:03      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14873056     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2018 02:30:10      American InfoSource LP,
               4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14873060     +E-mail/Text: bankruptcynotices@dcicollect.com Jul 19 2018 02:23:56      Diversified Consultants,
               10550 Deerwood Park Blvd,    Suite 309,    Jacksonville, FL 32256-2805
14873062     +E-mail/Text: kburkley@bernsteinlaw.com Jul 19 2018 02:24:03      Duquesne Light Company,
               411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14873070     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:22:50      Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA 17128-0946
14873077     +E-mail/Text: appebnmailbox@sprint.com Jul 19 2018 02:23:14      Sprint,    PO Box 8077,
               London, KY 40742-8077
14873080     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2018 02:22:03
               Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14873058    ##+Comcast,    610 Epsilon Drive,    Pittsburgh, PA 15238-2975
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                          Signature:   /s/Joseph Speetjens

```
District/off: 0315-2           User: dkam                    Page 2 of 2                   Date Rcvd: Jul 18, 2018
                               Form ID: pdf900               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Patricia A. Hines bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```