# United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Patricia A. Hines**                                                               Case No.  **18-22632**

Debtor(s)                                        Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Patricia A. Hines**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☒   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because I receive direct deposit. I am in the process of obtaining evidence of payment from my employer and will provide this to the court.

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **August 3, 2018**                                Signature  **/s/ Patricia A. Hines**
                                                                            **Patricia A. Hines**
                                                                            Debtor