| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patricia A. Hines** | Social Security number or ITIN  **xxx–xx–3956** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   6/29/18 |
| Case number: | 18–22632–CMB | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Patricia A. Hines | |
| 2. | **All other names used in the last 8 years** | fka Patricia A. Thompson, fka Patricia A. McCary | |
| 3. | **Address** | 2801 Graham Blvd. Pittsburgh, PA 15235 | |
| 4. | **Debtor's attorney** Name and address | Brian C. Thompson Thompson Law Group, P.C. 125 Warrendale Bayne Road Suite 200 Warrendale, PA 15086 | Contact phone 724–799–8404  Email: bthompson@ThompsonAttorney.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566  Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.  Contact phone 412–644–2700  Date: 8/6/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 17, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/16/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/7/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/26/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/17/18** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-22632-CMB
Patricia A. Hines                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam              Page 1 of 2              Date Rcvd: Aug 06, 2018
                                Form ID: 309I           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
```
db              +Patricia A. Hines,    2801 Graham Blvd.,    Pittsburgh, PA 15235-1563
aty             +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
aty             +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                  Pittsburgh, PA 15219-1945
tr              +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14873055        +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14873057        +AR Resources,    1777 Sentry Pkwy. W,    Blue Bell, PA 19422-2206
14873059        +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th floor,
                  Pittsburgh, PA 15219-6101
14873061        +Dominion Peoples,    PO Box 26784,    Richmond, VA 23261-6784
14873063        +Enterprise Rent-A-Car,    4489 Campbells Run Road,    Pittsburgh, PA 15205-1311
14873065        +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
14873064        +GameFly, Inc.,    5340 Alla Road,    Suite 110,    Los Angeles, CA 90066-7049
14873066        +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
                  Attn: Filippello Salvatore, Esquire,    Philadelphia, PA 19106-1538
14873067        +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14873068        +MarkOne Financial Services,    1448 Babcock Blvd,    Pittsburgh, PA 15209-1631
14873069        +Navient Solutions LLC,    PO Box 16408,    Saint Paul, MN 55116-0408
14873071        +PennyMac Loan Services, LLC,    27001 Agoura Road,    Suite 350,    Calabasas, CA 91301-5112
14873072        +People Natural Gas Company,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14873073        +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14873074        +Professional Account Management,    633 W. Wisconsin Street,    Milwaukee, WI 53203-1920
14873075        +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14873076        +SAF,    2500 Broadway,    PO Box 203101,    Helena, MT 59620-3101
14873078        +Stuart-Lippman and Associates,    5447 E 5TH ST STE 110,    Tucson, AZ 85711-2345
14873081        +Wilkinsburg Borough,    605 Ross Avenue,    Pittsburgh, PA 15221-2195
14891914        +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello,    100 Purity Road, Suite 3,
                  Pittsburgh, PA 15235-4441
14891949        +Wilkinsburg School District,    c/o Maiello Brungo & Maiello,    100 Purity Road, Suite 3,
                  Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: bthompson@ThompsonAttorney.com Aug 07 2018 02:09:45      Brian C. Thompson,
                 Thompson Law Group, P.C.,    125 Warrendale Bayne Road,    Suite 200,    Warrendale, PA 15086
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2018 02:10:05      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 07 2018 02:10:20
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              +E-mail/Text: kburkley@bernsteinlaw.com Aug 07 2018 02:10:43      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14873056        +EDI: AIS.COM Aug 07 2018 06:03:00      American InfoSource LP,    4515 N Santa Fe Avenue,
                 Oklahoma City, OK 73118-7901
14873060        +EDI: DCI.COM Aug 07 2018 06:03:00      Diversified Consultants,    10550 Deerwood Park Blvd,
                 Suite 309,    Jacksonville, FL 32256-2805
14873062        +E-mail/Text: kburkley@bernsteinlaw.com Aug 07 2018 02:10:43      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14873070        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2018 02:10:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
14873077        +EDI: NEXTEL.COM Aug 07 2018 06:03:00      Sprint,    PO Box 8077,    London, KY 40742-8077
14883626         EDI: ECMC.COM Aug 07 2018 06:03:00      US Department of Education,    P O Box 16448,
                 St Paul, MN 55116-0448
14873079        +EDI: ECMC.COM Aug 07 2018 06:03:00      US Dept of Education,    PO Box 16448,
                 Saint Paul, MN 55116-0448
14873080        +EDI: VERIZONCOMB.COM Aug 07 2018 06:03:00      Verizon,    500 Technology Drive, Suite 300,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PENNYMAC HOLDINGS, LLC
cr               Planet Home Lending, LLC as servicer for Assets Re
14873058       ##+Comcast,    610 Epsilon Drive,    Pittsburgh, PA 15238-2975
                                                                                 TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: dkam              Page 2 of 2                  Date Rcvd: Aug 06, 2018
                               Form ID: 309I           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Patricia A. Hines bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James    Warmbrodt    on behalf of Creditor    PENNYMAC HOLDINGS, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Planet Home Lending, LLC as servicer for Assets
               Recovery 23 LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```