MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Hines_____  JAD/TPA/(CMB)/GLT

Case Number: __18-22632__

Date of Meeting: __9__/__17__/__18__  Recording # __07__

Debtor(s) present __✓__ or Not Present _____ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) __Thompson__ (Present __✓__ or Not Present ____)

Date of Plan at § 341: __8/3/18__  Applicable commitment period __✓__ 3 yrs __ 5 yrs

2017 tax return unfiled

FILED 2018 SEP 19 PM 2:21 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

for copy of 2016 & 2017 taxes.

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD

_____ Order to Show Cause Requested
_____ To be rescheduled by Clerk

__✓__ Confirmation Order recommended _____ Final __✓__ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
_____ 341 Meeting OR __✓__ Conciliation Conf. OR __ *Contested Hearing
On __1/31/19__ at __11:00__ am/pm Location __3250__

_Jana Paul_
Chapter 13 Trustee/Attorney for Trustee