# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Patricia A. Hines, f/k/a Patricia A. McCary | : : : | Bankruptcy Case No.: 18-22632-CMB |
| | : | Chapter 13 |
| Debtor. | : : | |
| Patricia A. Hines, f/k/a Patricia A. McCary | : : : | Document No.: |
| Movant, | : : | Related to Document No.: |
| v. | : : | |
| Intelycare, Inc., | : : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on November 8, 2018 via first class mail postage prepaid:

**Intelycare, Inc.
ATTN: Payroll Department
151 Hancock Street, Suite 203
Quincy, MA  02169**

Executed on:  November 8, 2018

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)