## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | PATRICIA A. HINES |
| **Case Number:** | 18-22632-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 31, 2019 11:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
2/1/19 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#32 - Final Confirmation of Plan Dated 8/3/2018 (NFC)
R / M #: 32 / 0

### *Appearances:*

Debtor: *Thompson*
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

*[Handwritten notes: No pmt since 9/18. Counsel/debtor have no defense. T consents]*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __✓__ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/25/2019    3:14:20PM