Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patricia A. Hines** | : | Case No. 18−22632−CMB |
| **fka Patricia A. Thompson, fka Patricia A. McCary** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Issued Per Jan. 31, 2019 Proceedin |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 1st of February, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 18-22632-CMB
Patricia A. Hines                                                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel             Page 1 of 2              Date Rcvd: Feb 01, 2019
                              Form ID: 309           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.
```
db            +Patricia A. Hines,    2801 Graham Blvd.,    Pittsburgh, PA 15235-1563
cr            +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr            +Wilkinsburg School District and Wilkinsburg Boroug,    Tax Division,
                c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                Pittsburgh, PA 15235-4441
14873055      +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14873057      +AR Resources,    1777 Sentry Pkwy. W,    Blue Bell, PA 19422-2206
14895024       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
14873058      +Comcast,    610 Epsilon Drive,    Pittsburgh, PA 15238-2975
14906167      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14873059      +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th floor,
                Pittsburgh, PA 15219-6101
14873061      +Dominion Peoples,    PO Box 26784,    Richmond, VA 23261-6784
14873063      +Enterprise Rent-A-Car,    4489 Campbells Run Road,    Pittsburgh, PA 15205-1311
14873065      +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
14873064      +GameFly, Inc.,    5340 Alla Road,    Suite 110,    Los Angeles, CA 90066-7049
14919865      +George Just, D.M.D.,    C/O AAS Debt Recovery Inc.,    2526 Monroeville Blvd. Ste. 205,
                Monroeville, PA 15146-2371
14873066      +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
                Attn: Filippello Salvatore, Esquire,    Philadelphia, PA 19106-1538
14873067      +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14873068      +MarkOne Financial Services,    1448 Babcock Blvd,    Pittsburgh, PA 15209-1631
14873069      +Navient Solutions LLC,    PO Box 16408,    Saint Paul, MN 55116-0408
14902094       PennyMac Holdings, LLC,    c/o PennyMac Loan Services, LLC,    P.O. Box 2010,
                Moorpark, CA 93020
14873071      +PennyMac Loan Services, LLC,    27001 Agoura Road,    Suite 350,    Calabasas, CA 91301-5112
14873072      +People Natural Gas Company,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14873073      +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14900183      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14897560      +Po Box 7949,    Overland Park, Ks 66207-0949
14873074      +Professional Account Management,    633 W. Wisconsin Street,    Milwaukee, WI 53203-1920
14873075      +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14873076      +SAF,    2500 Broadway,    PO Box 203101,    Helena, MT 59620-3101
14873078      +Stuart-Lippman and Associates,    5447 E 5TH ST STE 110,    Tucson, AZ 85711-2345
14891914      +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
14873081      +Wilkinsburg Borough,    605 Ross Avenue,    Pittsburgh, PA 15221-2195
14891949      +Wilkinsburg School District,    c/o Maiello Brungo & Maiello,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14873056      +EDI: AIS.COM Feb 02 2019 07:58:00      American InfoSource LP,    4515 N Santa Fe Avenue,
                Oklahoma City, OK 73118-7901
14873060      +EDI: DCI.COM Feb 02 2019 07:58:00      Diversified Consultants,    10550 Deerwood Park Blvd,
                Suite 309,    Jacksonville, FL 32256-2805
14873062      +E-mail/Text: kburkley@bernsteinlaw.com Feb 02 2019 03:11:37       Duquesne Light Company,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14910114      +E-mail/Text: kburkley@bernsteinlaw.com Feb 02 2019 03:11:37       Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14897944      +EDI: ECMC.COM Feb 02 2019 07:58:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14873070      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2019 03:11:04
                Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                Harrisburg, PA 17128-0946
14897426      +EDI: JEFFERSONCAP.COM Feb 02 2019 07:58:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14897562       EDI: NEXTEL.COM Feb 02 2019 07:58:00      Sprint Corp,    PO Box 7949,    Overland Park, KS, 66027
14873077      +EDI: NEXTEL.COM Feb 02 2019 07:58:00      Sprint,    PO Box 8077,    London, KY 40742-8077
14883626       EDI: ECMC.COM Feb 02 2019 07:58:00      US Department of Education,    P O Box 16448,
                St Paul, MN 55116-0448
14873079      +EDI: ECMC.COM Feb 02 2019 07:58:00      US Dept of Education,    PO Box 16448,
                Saint Paul, MN 55116-0448
14903400       EDI: AIS.COM Feb 02 2019 07:58:00      Verizon,    by American InfoSource as agent,
                PO Box 248838,    Oklahoma City, OK  73124-8838
14873080      +EDI: VERIZONCOMB.COM Feb 02 2019 07:58:00      Verizon,    500 Technology Drive, Suite 300,
                Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 13
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Feb 01, 2019
                              Form ID: 309            Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC HOLDINGS, LLC
cr              Planet Home Lending, LLC as servicer for Assets Re
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14897561*      +PO Box 7949,   Overland Park, KS 66207-0949
14922720*       Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA   17128-0946
                                                                                         TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Patricia A. Hines bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC HOLDINGS, LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Planet Home Lending, LLC as servicer for Assets
               Recovery 23 LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough
               jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 9
```