**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICIA A. HINES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.: 18-22632<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/29/2018 and confirmed on 09/27/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 899.01 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 899.01 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 126.54 | |
|   Trustee Fee | 38.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 165.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PENNYMAC HOLDINGS LLC | 0.00 | 402.58 | 0.00 | 402.58 |
|     Acct: 7771 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 901.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 6F24 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 962.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 6F24 | | | | |
|   WILKINSBURG BOROUGH (TRASH) | 9,772.07 | 0.00 | 0.00 | 0.00 |
|     Acct: F024 | | | | |
|   WILKINSBURG BOROUGH (RE) | 2,504.60 | 0.00 | 0.00 | 0.00 |
|     Acct: F024 | | | | |
|   WILKINSBURG BOROUGH (RE) | 2,344.82 | 0.00 | 0.00 | 0.00 |
|     Acct: F024 | | | | |
|   WILKINSBURG SD (WILKINSBURG) (RE) | 8,471.99 | 0.00 | 0.00 | 0.00 |
|     Acct: F024 | | | | |
|   WILKINSBURG SD (WILKINSBURG) (RE) | 8,142.47 | 0.00 | 0.00 | 0.00 |
|     Acct: F024 | | | | |
|   PENNYMAC HOLDINGS LLC | 112,714.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 7771 | | | | |

| 18-22632 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | MARK ONE FINANCIAL* | 1,431.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9014 | | | | |
| | | | | | 402.58 |
| Priority | | | | | |
| | BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PATRICIA A. HINES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 3,250.00 | 126.54 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 536.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 3956 | | | | |
| | THOMPSON LAW GROUP PC | 3,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 21.22 | 0.00 | 21.22 |
| | Acct: 8126 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXXX-CMB | | | | |
| | | | | | 331.22 |
| Unsecured | | | | | |
| | AAS DEBT RECOVERY INC/AMERICAN AD | 65.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9000 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 542.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 7004 | | | | |
| | AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3065 | | | | |
| | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1408 | | | | |
| | DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2510 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 7,765.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 7058 | | | | |
| | DUQUESNE LIGHT COMPANY* | 5,438.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 0675 | | | | |
| | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1219 | | | | |
| | MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1652 | | | | |
| | ECMC(*) | 20,882.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 3956 | | | | |
| | STUART LIPPMAN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0236 | | | | |
| | US DEPARTMENT OF EDUCATION** | 1,078.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 3956 | | | | |
| | BOROUGH OF WILKINSBURG** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0768 | | | | |
| | SPRINT CORP** | 1,488.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 5391 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-22632 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ENTERPRISE RENT A CAR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GAMEFLY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CW NEXUS CREDIT CARD HOLDINGS I LLC | 812.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 0294 | | | | |
| | PREMIER BANKCARD LLC | 700.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 9773 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 435.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 7236 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 1,378.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PA DEPARTMENT OF REVENUE* | 104.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 3956 | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 733.80 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 846.67 | |
| SECURED | 147,244.73 | |
| UNSECURED | 40.692.97 | |

Date: 03/07/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com